May 10, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

COLORADO COUNTY OIL COMPANY, INC., DAY & NIGHT, INC., AND
SNP BUSINESS, INC., Appellants

NO. 14-14-00905-CV                          V.

STAR TEX DISTRIBUTORS, INC., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Star Tex Distributors, Inc., signed October 17, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Colorado County Oil Company, Inc., Day & Night, Inc., and SNP Business, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.